# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,            )
         Plaintiff,            )
vs.            )            2:04-cr-172-KJD-RJJ
ARTHUR TYRONE WILLIAMS,            )
         Defendant.            )            **ORDER APPOINTING COUNSEL**

The individual named above, having testified under oath or having otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel and, because the interests of justice so require, the court finds that Arthur Tyrone Williams is indigent, therefore;

IT IS ORDERED that the Federal Public Defenders is hereby appointed to represent Arthur Tyrone Williams in the matter of early termination of probation.

IT IS FURTHER ORDERED that in the event of a hearing the defendant may petition for service of subpoenas on necessary witnesses.

DATED this  2  of March, 2012.

_____
KENT J. DAWSON
United States District Judge