UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARTHUR TYRONE WILLIAMS,<br><br>　　　　　Defendant. | 04-172-KJD-RJJ<br><br>**ORDER** |

　　　Having considered the points and authorities of the parties and good cause appearing therefore, the Motion for Early Termination of Supervised Release is held in abeyance until November 5, 2012. Defendant may renew the motion at that time.

　　　DATED this __20__ day of __June__, 2012.

_____
UNITED STATES DISTRICT JUDGE

5